UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:24-cv-22864-RKA

WINDY LUCIUS,

    Plaintiff,

v.

DAVIDSBEENHERE.COM LLC,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff WINDY LUCIUS and Defendant DAVIDSBEENHERE.COM LLC, by and through their respective undersigned counsel, pursuant to S.D. Fla. L.R. 16.4, hereby jointly give notice that they have reached a settlement in principle of this action.  The parties expect to submit appropriate dismissal papers within thirty (30) days.

Dated:  August 14, 2024            Respectfully submitted,

| | |
|---|---|
| *s/ J. Courtney Cunningham* | *s/ Adam S. Chotiner*[1] |
| J. Courtney Cunningham, Esq. | Adam S. Chotiner, Esq. |
| Florida Bar No. 628166 | Florida Bar No. 0146315 |
| J. Courtney Cunningham, PLLC | Shapiro, Blasi, Wasserman & Hermann, P.A. |
| 8950 SW 74th Court | 7777 Glades Road, Suite 400 |
| Suite 2201 | Boca Raton, FL 33434 |
| Miami, FL 33156 | Tel:  (561) 477-7800 |
| Tel: (305) 351-2014 | Fax: (561) 477-7752 |
| E-Mail: cc@cunninghampllc.com | E-Mail:  achotiner@sbwh.law |
| Attorneys for Plaintiff | Attorneys for Defendant |

---

     [1]    J. Courtney Cunningham has provided Adam S. Chotiner with express authority to jointly file this notice.

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF or via email.

*s/ Adam S. Chotiner*
ADAM S. CHOTINER, ESQ.

## SERVICE LIST

*Windy Lucius v. Davidsbeenhere.com LLC*
Case No. 1:24-cv-22864-RKA
United States District Court, Southern District of Florida

| | |
|---|---|
| J. Courtney Cunningham, Esq.<br>E-Mail cc@cunninghampllc.com<br>J. Courtney Cunningham, PLLC<br>8950 SW 74th Court<br>Suite 2201<br>Miami, FL 33156<br>Tel: (305) 351-2014<br>Counsel for Plaintiff<br>*Via CM-ECF* | Adam S. Chotiner, Esq.<br>E-Mail: achotiner@sbwh.law<br>Shapiro, Blasi, Wasserman &<br>Hermann, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL 33434<br>Tel: (561) 477-7800<br>Fax: (561) 477-7722<br>Counsel for Defendant<br>*Via CM/ECF* |