UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-22864-ALTMAN/Sanchez

**WINDY LUCIUS**,

    *Plaintiff,*

*v.*

**DAVIDSBEENHERE.COM LLC**,

    *Defendant.*

_____/

## ORDER

The parties have filed a Joint Stipulation of Dismissal with Prejudice [ECF No. 12] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Being fully advised, the Court hereby **ORDERS and ADJUDGES** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs. This case remains **CLOSED**. All pending deadlines and hearings remain **TERMINATED**, and any pending motions remain **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on August 30, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record